UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ELDORSE HORIGORDE**                  CASE NO. 6:19-CV-00362 SEC P
**MLISCOGEN #A209100411**

**VERSUS**                                                   JUDGE SUMMERHAYS

**PINE PRAIRIE ICE PROCESSING**    MAGISTRATE JUDGE WHITEHURST
**CENTER**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b) and LR41.3W.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion to Release from Detention [Rec. Doc. 13] is **DENIED**.

THUS DONE in Chambers on this 24th day of September, 2019.

Robert R. Summerhays
United States District Judge